IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv156

| | | |
|---|---|---|
| CTS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MILLS GAP ROAD ASSOCIATES; FREDERIC SLOSMAN; JOHN POWELL; and STANLEY H. GREENBERG, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on George Ward Hendon's Motion for Special Admission, deemed to be a motion *Pro Hac Vice,* of Paul W. Schroeder. It appearing that Paul W. Schroeder is a member in good standing with the Illinois Bar and will be appearing with George Ward Hendon, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has will be provided on all further pleadings by such attorney, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that George Ward Hendon's Motion for Admission *Pro Hac Vice* (#3) of Paul W. Schroeder is **GRANTED,** and Paul W.

-1-

Schroeder is **ADMITTED** to practice, *pro hac vice,* before the Bar of this court while associated with George Ward Hendon.

Signed: July 29, 2010

Dennis L. Howell
United States Magistrate Judge