IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv156

| | |
|---|---|
| CTS CORPORATION, )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>MILLS GAP ROAD ASSOCIATES; )<br>FREDERIC SLOSMAN; JOHN )<br>POWELL; and STANLEY H. )<br>GREENBERG, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on plaintiff's Motion to Strike Answer. In accordance with Local Civil Rule 7.1(E), defendants had 14 days from October 12, 2010, within which to file a response to such motion.[1] Adding three days for service, defendants' deadline was October 29, 2010. No response having been filed, the court will summarily grant plaintiff the relief it seeks as such motion was properly supported by a memorandum of law showing that it was entitled to the relief sought. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

---

[1] Defendants did file a Motion to Amend their Answer (#15); however, such motion was summarily denied on October 22, 2010 (#18) because it failed to reflect consultation with opposing counsel as required by Local Civil Rule 7.1.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Strike Answer (#12) is **GRANTED,** the defendants' Answer is **STRICKEN**, and defendants shall file a new Answer that complies with Rule 8(b), Federal Rules of Civil Procedure, within 14 days.

Signed: November 2, 2010

Dennis L. Howell
United States Magistrate Judge