**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv156**

| | | |
|---|---|---|
| CTS CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MILLS GAP ROAD ASSOCIATES, FREDERICK SLOSMAN, JOHN POWELL, and STANLEY H. GREENBERG, | ) ) ) ) | |
| | ) | |
|     Defendants. | ) | |

Pending before the Court is Plaintiff's Motion to Substitute Party [# 36]. Plaintiff moves pursuant to Rule 25(a) to substitute Ellen R. Slosman, Richard C. Slosman, and Judy D. Thompson, in their capacity as Co-Executors/Executrix of the Estate of Frederick N. Slosman for Defendant Frederick N. Slosman, who died on June 25, 2011. Defendants consent to the substitution of parties in this case.

Rule 25 provides that upon the death of a party to a civil action, the Court may order the substitution of the proper party. Fed. R. Civ. P. 25(a). Ellen R. Slosman, Richard C. Slosman, and Judy D. Thompson are the representatives of the deceased, Frederick N. Slosman. Accordingly, the Court **GRANTS** Plaintiff's Motion to Substitute Party [# 36]. The Court **DIRECTS** the Clerk to **SUBSTITUTE** Ellen R. Slosman, Richard C. Slosman and Judy D. Thompson, in their capacity as Co-

Executors/Executrix of the Estate of Frederick N. Slosman for Defendant Frederick N. Slosman as Defendant in this action.

Signed: October 4, 2011

Dennis L. Howell
United States Magistrate Judge