IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:10-cv-156-GCM

| | | |
|---|---|---|
| CTS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MILLS GAP ROAD ASSOCIATES, | ) | |
| *et al*, | ) | |
| | ) | |
| Defendant | ) | |

    THIS MATTER IS BEFORE THE COURT on its own motion. Due to the Motions for Summary Judgment pending in the above captioned case, the trial in this matter is RE-SET for **February 25, 2013.**

    IT IS SO ORDERED.

Signed: September 13, 2012

Graham C. Mullen
United States District Judge

**Signed: July 28, 2005**

*[Signature]*

Graham C. Mullen
Chief United States District Judge